# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700162

_____

## UNITED STATES OF AMERICA

Appellee

v.

## JOON H. IM

Seaman (E-3), U.S. Navy

Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Eugene H. Robinson, Jr., USMC.
Convening Authority: Commanding General, 3d Marine Division, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Major Timothy S. Taylor, USMC.
For Appellant: Lieutenant Commander Paul D. Jenkins, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 15 August 2017

_____

Before HUTCHISON, FULTON, and LOCHNER, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court